IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>  MADELINE RIVERA BRUNO<br>    DEBTOR<br><br><br>  BANCO POPULAR DE PUERTO RICO<br>    MOVANT<br>    VS.<br>  MADELINE RIVERA BRUNO<br>  JOSE R. CARRION MORALES, TRUSTEE<br>    RESPONDENTS | CASE NO: 14-02328 MCF<br>CHAPTER: 13<br><br><br>Index ___<br>Lift of Automatic Stay for Cause under<br>11 USC §362 ( d ) ( 1 ) |

MOTION FOR RELIEF OF THE AUTOMATIC STAY UNDER 11 USC §362

TO THE HONORABLE COURT:

Comes now secured creditor, BANCO POPULAR DE PUERTO RICO, and through the undersigned counsel respectfully alleges and prays as follows:

1. This Honorable Court has jurisdiction over the present controversy pursuant to 28 U.S.C., §157, 1334 and 11 U.S.C., §362.

2. Debtor owes Creditor a claim of $79,667.60 as debtor in a loan mortgage agreement.

3. Debtor's payment plan indicates that debtor is obliged to maintain regular post petition payments directly to creditor.

4. Debtor has not complied with the terms of said payment plan since at the moment of filing of this motion debtor is behind in his/her direct payments to Creditor, for a total arrearage of $3,472.80, which includes $2,426.73 in post petition payments (the equivalent of 3 months), and $1,046.07 for legal fees & costs. This amount will continue to increase as payments become due. Debtor also has not provided adequate assurance to Creditor of his/her ability to comply with the Plan, which Debtor has breached.

5. Attached to this motion is a Statement of Account of the loan agreement.

6. Debtor's next due date payment for the loan agreement is November 1, 2014.

7. Debtor's failure to comply with the payment plan with Creditor constitutes cause for the lifting of the automatic stay in favor of movant.

8. Debtor is not on active military duty as evidenced by the Declarations of Servicemen's Civil Relief Act of 2003, which accompanies this motion.

9. Movant wishes to underscore that the amount claimed in post petition arrears in the instant motion is the amount owed on a specific date that is specified in the attached statement of account. Meanwhile, the loan obligation continues in force. Therefore, unless debtor makes payments of the amounts that become due in the future, the amount of arrears owed to movant will inevitably increase.

WHEREFORE, Creditor respectfully requests from the Honorable Court authorize the lifting of the automatic stay in favor of Creditor.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 15th day of October 2014.

NOTICE IS HEREBY GIVEN THAT IF NO WRITTEN REPLY OR OPPOSITION IS FILED AND SERVED WITHIN FOURTEEN (14) DAYS FROM DATE OF ISSUANCE OF SUMMONS, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT HEREIN.

CERTIFICATE OF SERVICE

I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee JOSE R. CARRION MORALES (newecfmail@ch13-pr.com) and debtor's attorney ROBERTO FIGUEROA-CARRASQUILLO (cmecf@rfclawpr.com).

 /s/ Juan C. Fortuño Fas  
JUAN C. FORTUÑO FAS  
USDCPR 211913  
Counsel for Creditor  
P.O. BOX 9300 SANTURCE, PR 00908  
TEL: [787] 751-5290 / FAX: [787] 751-6155  
E-MAIL: bkbppr@fortuno-law.com

/arr

## STATEMENT OF ACCOUNT

| | | | | | | |
|---|---|---|---|---|---|---|
| **DEBTOR:** | | MADELINE RIVERA-BRUNO | | **BPPR NUM:** | | 0701120826 |
| **BANKRUPTCY NUM:** | | 14-02328MCF | | **FILING DATE:** | | 05/26/14 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | | 08/01/14 | | | 76,766.91 |
| Accrued Interest from | | 07/01/14 | to | 10/31/14 | 2,143.08 |
| Interest: | 8.375% | Accrued num. of days: | 120 | Per Diem: 17.858969 | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | | | |
| **Total montly escrow** | | | $0.00 | Months in arrears 3 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 574.56 |
| | | | | | Proyected Late Charge: | |

| | | | | | |
|---|---|---|---|---|---|
| **Advances Under Loan Contract:** | | | | | |
| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection $0.00 | 75.00 |
| Other | $25.00 | | | | |
| Legal Fees: | | | | | 650.00 |
| **Total amount owed as of** | | 10/31/14 | | | **80,209.55** |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $773.00 | each one | 0.00 |
| | acummulated lated charges | | | 466.83 |

**Advances Under Loan Contract:**

| | | | | | |
|---|---|---|---|---|---|
| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection $0.00 | 75.00 |
| Other | $25.00 | | | | |
| Legal Fees | | | | | 650.00 |
| | | | **A = TOTAL PRE-PETITION AMOUNT** | | **1,191.83** |

**POST-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 3 | payments of | $773.00 | each one | 2,319.00 |
| | Late Charge | | | 107.73 |
| | | | **B = TOTAL POST-PETITION AMOUNT** | **2,426.73** |
| | | | **A + B = TOTAL AMOUNT IN ARREARS** | **3,618.56** |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 07/01/14 | Interest rate | 8.375% | P & I | $718.27 | Monthly late charge $35.91 |
| Investor | BANCO POPULAR OF PUERTO RICO | Property address | CAGUITAS CENTRO CARR 777 KM 2.2 AGUAS BUENAS PR 00703 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

_L. [signature]_

10/09/14

**BANCO POPULAR DE PUERTO RICO**     **DATE**

SACCTFHA    **Liliana Castro**



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: RIVERA-BRUNO

First Name: MADELINE

Middle Name:

Active Duty Status As Of: Oct-15-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF PR | **Proof of Claim** |
|---|---|---|

| Name of Debtor<br>MADELINE RIVERA BRUNO | Case Number<br>14-02328 CH. 13 MCF | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>**BANCO POPULAR DE PUERTO RICO**<br>**PO BOX 362708**<br>**SAN JUAN PR 00936**<br>**(#504027)** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notice from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Account or other number by which creditor identifies debtor:<br>xx-xxx-xxx-xxx0358 | Check here if this claim<br>☐ replaces a previously filed claim, dated: _____<br>☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money Loaned
- ☐ Personal Injury/wrongful death
- ☐ Taxes
- ☐ Other
  _____

- ☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

  Last four digits of your SS#: _____

  Unpaid compensation for services performed
  from _____ to _____
       (date)                (date)

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C § 507(a)(5).

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☒ Real Estate ☐ Motor Vehicle ☐ Other _____
☒ Value of Collateral: $ <u>Not Yet Determined</u>
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ **1,191.83**

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| **5. Total Amount of Claim at Time Case Filed:** | $ | 79,667.60 | | 79,667.60 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USED ONLY

| DATE:<br>05/01/2014 | **Sign and print the name and title, if any, of the creditor or other person authorized to file. This claim (attach copy of power of attorney, if any):**<br>/s/JUAN C. FORTUÑO FAS, ESQ. |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*